**Order entered April 14, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00294-CV

### IN RE BANCORPSOUTH BANK, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15742**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. The Court **ORDERS** the trial judge, the Honorable Lori C. Hockett, Judge of the 255th District Court, to **VACATE** her January 24, 2014 Order to Withhold Distributions and, to the degree it is applicable to BancorpSouth Bank as trustee of the Anne Cook Slicker and Joseph A. Slicker 1993 Trust for the Benefit of William Cook Slicker, vacate that portion of her January 24, 2014 Order on Motion for Temporary Orders Pending Appeal that orders "that an order of withholding is issued to any trust ordering that any mandatory distributions from a trust in which William C. Slicker is the beneficiary, shall withhold distributions and pay it to Phyllis Slicker." Should the trial judge fail to comply with this order, the writ will issue.

The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of her order issued in compliance with this order. We **ORDER** that relator recover its costs of this original proceeding from real party in interest, Phyllis Slicker.


/s/     DAVID LEWIS
           JUSTICE